JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Debra Dalene

          Plaintiff,

v.

Life Insurance Company of North America

          Defendants.

Case No.  CV 17-05775-AB (RAOx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 2, 2017     _____
                         ANDRÉ BIROTTE JR.
                         UNITED STATES DISTRICT JUDGE